Michael E. Gans
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 23, 2024

Barbara A. Smith
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway
Saint Louis, MO 63102-2186

　　　　RE:  24-1380  Zimmer Radio of Mid-Missouri, Inc. v. FCC

Dear Counsel:

　　　　We have received a petition for review of an order of the Federal Communications Commission in the above case, together with electronic payment in the amount of $600 for the docket fee.

　　　　Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

　　　　The petition has been filed and docketed. A copy of the petition is hereby served upon the respondent in accordance with Federal Rule of Appellate Procedure, 15(c).

　　　　Your attention is invited to the briefing schedule pertaining to administrative agency cases, a copy of which will be sent under separate Notice of Docket Activity. The clerk's office provides a number of practice aids and materials to assist you in preparing the record and briefs. You can download the materials from our website, the address of which is shown above. Counsel for both sides should familiarize themselves with the material and immediately confer regarding the briefing schedule and contents of the appendix.

　　　　　　　　　　Michael E. Gans
　　　　　　　　　　Clerk of Court

AEV

Enclosure(s)

cc:　　P. Michele Ellison

　　　　District Court/Agency Case Number(s):  FCC 23-117

**Caption For Case Number:   24-1380**

Zimmer Radio of Mid-Missouri, Inc.

      Petitioner

v.

Federal Communications Commission

      Respondent

**Addresses For Case Participants:   24-1380**

Barbara A. Smith
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway
Saint Louis, MO  63102-2186

P. Michele Ellison
FEDERAL COMMUNICATIONS COMMISSION
Office of General Counsel
45 L Street, N.E.
Washington, DC  20554