# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Zimmer Radio of Mid-Missouri, Inc. vs. FCC & USA

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1380 **for the following party(s): (please specify)**

Federal Communication Commission

[ ] Appellant(s)   [ ] Petitioner(s)   [ ] Appellee(s)   [✔] Respondent(s)   [ ] Amicus Curiae   [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Jacob M. Lewis   s/: Jacob M. Lewis

Firm Name: Federal Communications Commission

Business Address: 45 L Street NE

City/State/Zip: Washington, DC 20554

Telephone Number (Area Code): 202-418-1767

Email Address: jacob.lewis@fcc.gov

## CERTIFICATE OF SERVICE

[✔] I hereby certify that on 2/27/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: