# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Zimmer Radio of Mid-Missouri, Inc. vs. FCC

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1380 **for the following party(s): (please specify)**

Federal Communications Commission

☐ Appellant(s)  ☐ Petitioner(s)  ☐ Appellee(s)  ☑ Respondent(s)  ☐ Amicus Curiae  ☐ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: James M. Carr    s/: James M. Carr

Firm Name: Federal Communications Commission

Business Address: 45 L Street

City/State/Zip: Washington, DC 20554

Telephone Number (Area Code): 202-418-1762

Email Address: james.carr@fcc.gov

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 2/28/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: