# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| ZIMMER RADIO OF MID-MISSOURI, INC. <br><br> Petitioner, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, <br><br> Respondent. | Case No. 24-1380 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eighth Circuit Rule 26.1A, Petitioner Zimmer Radio of Mid-Missouri, Inc. states as follows:

Zimmer Radio of Mid-Missouri, Inc., is a Missouri corporation. It has no parent corporation, and no publicly traded corporation owns 10% or more of its stock.

Dated: February 29, 2024  Respectfully submitted,

/s/     *Barbara A. Smith*

Barbara A. Smith
BCLP
211 N. Broadway, Ste. 3600
St. Louis, MO 63102
(314) 696-8715
barbara.smith@bclplaw.com

*Attorney for Petitioner Zimmer Radio*