

Federal Communications Commission
Washington, D.C. 20554

March 5, 2024

**BY ELECTRONIC FILING**

Michael E. Gans, Clerk of Court
United States Court of Appeals
for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
Room 24.329
St. Louis, MO 63102

 Re: Zimmer Radio of Mid-Missouri v. FCC, No. 24-1380

Dear Mr. Gans,

 In accordance with Panel Rule 25.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Federal Communications Commission hereby notifies the Court that on March 5, 2024, the Judicial Panel on Multidistrict Litigation issued a consolidation order (copy attached) in the above referenced case.

      Respectfully submitted,

      /s/ James M. Carr

      James M. Carr
      Counsel

cc: Counsel of Record