UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: FEDERAL COMMUNICATIONS COMMISSION,
2018 QUADRENNIAL REGULATORY REVIEW: THE
COMMISSIONS BROADCAST OWNERSHIP RULES
AND OTHER RULES ADOPTED PURSUANT TO
SECTION 202 OF THE TELECOMMUNICATIONS ACT
OF 1996, REPORT AND ORDER, 89 FED REG 12196,
ISSUED ON FEBRUARY 15, 2024                                              MCP No. 179

(SEE ATTACHED SCHEDULE)

## CONSOLIDATION ORDER

The Federal Communications Commission, released a report and order dated December 26, 2023 and published February 15, 2024. On March 1, 2024, the Panel received, pursuant to 28 U.S.C. § 2112(a)(3), a notice of multicircuit petitions for review of that order. The notice included petitions for review pending in three circuit courts of appeal as follows: Fifth Circuit Court, Eighth Circuit Court, and Eleventh Circuit Court.

The Panel has randomly selected the United States Court of Appeals for the Eighth Circuit Court in which to consolidate these petitions for review.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 2112(a)(3), the petitions on the attached schedule are consolidated in the United States Court of Appeals for the Eighth Circuit Court, and that this circuit is designated as the circuit in which the record is to be filed pursuant to Rules 16 and 17 of the Federal Rules of Appellate Procedure.

FOR THE PANEL:

*Shawnte McGee*

Shawnte McGee, Case Administrator
Random Selector

*Delora Davis*

Delora Davis, Operations Supervisor
Witness

IN RE: FEDERAL COMMUNICATIONS COMMISSION,
2018 QUADRENNIAL REGULATORY REVIEW: THE
COMMISSIONS BROADCAST OWNERSHIP RULES
AND OTHER RULES ADOPTED PURSUANT TO
SECTION 202 OF THE TELECOMMUNICATIONS ACT
OF 1996, REPORT AND ORDER, 89 FED REG 12196,
ISSUED ON FEBRUARY 15, 2024                                              MCP No. 179

## SCHEDULE OF PETITIONS

| CIRCUIT NO. | CASE CAPTION |
| --- | --- |
| Fifth Circuit, No.   24-60088 | Nexstar Media Group, Inc. v. Federal Commissions Commision, et al. |
| Eighth Circuit, No.   24-1380 | Zimmer Radio of Mid-Missouri, Inc. v. Federal Communications Commission |
| Eleventh Circuit, No.   24-10535 | Beasley Media Group, LLC, et al. v. Federal Communications Commission, et al. |