# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1380

Zimmer Radio of Mid-Missouri, Inc.

Petitioner

v.

Federal Communications Commission

Respondent

_____

Petition for Review of an Order of the Federal Communications Commission
(FCC 23-117)
_____

**ORDER**

In light of the Judicial Panel on Multidistrict Litigation's March 5, 2024 order in MCP No. 179, this case will be held in abeyance pending transfer of the cases listed in the order. No further action is required at this time. Additional directions will be provided once all cases listed in the March 5, 2024 order have been received and docketed in this court.

March 06, 2024

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
        /s/ Michael E. Gans