24-1480  Beasley Media Group, LLC, et al v. FCC, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 03/08/2024

**Case Name:** Beasley Media Group, LLC, et al v. FCC, et al
**Case Number:** 24-1480

**Docket Text:**
DOCUMENT FILED - Consolidation Order of US Judicial Panel on Multidistrict Litigation--w/ Service 2/11/24 [5371950] [24-1493, 24-1380, 24-1480]--[Edited 03/11/2024 by AEV-corrected entry; only intended for filing in 24-1493]

**The following document(s) are associated with this transaction:**
Document Description:  Consolidation Order of US Judicial Panel on MDL
Document Description:  ProSe NDA
Document Description:  html notice of docket activity (generated 03/11/2024 10:41:52)
Document Description:  plain text notice of docket activity (generated 03/11/2024 10:41:52)

**Notice will be mailed to:**

Merrick B. Garland
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue
Washington, DC  20530

**Notice will be electronically mailed to:**

Hadhy Ayaz: hayaz@gibsondunn.com
James M. Carr: James.Carr@fcc.gov, FCCLitigation@FCC.gov
Sarah Citrin: sarah.citrin@fcc.gov, fcclitigation@fcc.gov
P. Michele Ellison: litigationnotice@fcc.gov
Richard A. Kaplan: rkaplan@nab.org
Andrew G. I. Kilberg: akilberg@gibsondunn.com
Jacob Matthew Lewis: jacob.lewis@fcc.gov, fcclitigation@fcc.gov
Cameron J.E. Pritchett: cpritchett@gibsondunn.com
Barbara A. Smith: barbara.smith@bclplaw.com, susan.surmeier@bclplaw.com
Eric D. Stolze: ericstolze@paulhastings.com
Jerianne Timmerman: jtimmerman@nab.org
Helgi C. Walker: hwalker@gibsondunn.com, mrozen@gibsondunn.com,rbatista@gibsondunn.com
Robert J. Wiggers: robert.wiggers@usdoj.gov