24-1380   Zimmer Radio of Mid-Missouri, Inc. v. FCC

**PRO SE Notice of Docket Activity**

The following was filed on 03/12/2024

**Case Name:**   Zimmer Radio of Mid-Missouri, Inc. v. FCC
**Case Number:**   24-1380

**Docket Text:**
CLERK LETTER sent directing parties to meet and confer on joint posed briefing schedule. [5372790] [24-1380, 24-1480, 24-1493, 24-1516]

**The following document(s) are associated with this transaction:**
Document Description:   Clerk Letter Meet & Confer

**Notice will be mailed to:**

Merrick B. Garland
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue
Washington, DC  20530

**Notice will be electronically mailed to:**

Barbara A. Smith: barbara.smith@bclplaw.com, susan.surmeier@bclplaw.com
Hadhy Ayaz: hayaz@gibsondunn.com
James M. Carr: James.Carr@fcc.gov, FCCLitigation@FCC.gov
Sarah Citrin: sarah.citrin@fcc.gov, fcclitigation@fcc.gov
P. Michele Ellison: litigationnotice@fcc.gov
Ashley E. Johnson: ajohnson@gibsondunn.com
Richard A. Kaplan: rkaplan@nab.org
Andrew G. I. Kilberg: akilberg@gibsondunn.com
Jacob Matthew Lewis: jacob.lewis@fcc.gov, fcclitigation@fcc.gov
Cameron J.E. Pritchett: cpritchett@gibsondunn.com
Eric D. Stolze: ericstolze@paulhastings.com
Jerianne Timmerman: jtimmerman@nab.org
Helgi C. Walker: hwalker@gibsondunn.com
Robert J. Wiggers: robert.wiggers@usdoj.gov