United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 13, 2024

Barbara A. Smith
BRYAN & CAVE
3600 One Metropolitan Square
211 N. Broadway
Saint Louis, MO 63102-2186

     RE: 24-1380 Zimmer Radio of Mid-Missouri, Inc. v. FCC, et al

Dear Counsel,

     Please be advised that upon further review of this case we have included the United States as a party to this appeal. This was based on our additional review of the consolidated transfer cases received pursuant to the March 5, 2024 order of the Judicial Panel on Multidistrict Litigation in MCP No. 179.

     The caption has been updated and is enclosed for your information.

                                  Michael E. Gans
                                  Clerk of Court

AEV

Enclosure(s)

cc:    James M. Carr
       Sarah Citrin
       P. Michele Ellison
       Merrick B. Garland
       Jacob Matthew Lewis

     District Court/Agency Case Number(s): FCC 23-117