**Caption For Case Number: 24-1380**

**March 13, 2024**

District Court/Agency Case Number(s): FCC 23-117

**Zimmer Radio of Mid-Missouri, Inc.**

Petitioner

v.

**Federal Communications Commission; United States of America**

Respondents