# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Zimmer Radio of Mid-Missouri, Inc. vs. FCC & USA

The Clerk will enter my appearance as Counsel in Appeal No. **24-1380** for the following party(s): (please specify)

United States of America

[ ] Appellant(s)   [ ] Petitioner(s)   [ ] Appellee(s)   [✓] Respondent(s)   [ ] Amicus Curiae   [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Robert B. Nicholson   s/: Robert B. Nicholson

Firm Name: United States Department of Justice, Antitrust Division

Business Address: 950 Pennsylvania Ave. N.W.

City/State/Zip: Washington, D.C. 20530

Telephone Number (Area Code): (202) 514-2489

Email Address: robert.nicholson@usdoj.gov

---

### CERTIFICATE OF SERVICE

[✓] I hereby certify that on 3/13/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: