# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Zimmer Radio of Mid-Missouri, Inc. vs. FCC et al.

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1380 **for the following party(s): (please specify)**

United States of America

[ ] Appellant(s)  [ ] Petitioner(s)  [ ] Appellee(s)  [✔] Respondent(s)  [ ] Amicus Curiae  [ ] Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Robert J. Wiggers    s/: Robert J. Wiggers

Firm Name: U.S. Department of Justice, Antitrust Division

Business Address: 950 Pennsylvania Avenue, N.W., Room 3224

City/State/Zip: Washington, DC 20530

Telephone Number (Area Code): (202) 514-2460

Email Address: robert.wiggers@usdoj.gov

### CERTIFICATE OF SERVICE

[✔] I hereby certify that on 03/20/2024, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

[ ] I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: