# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1380

Zimmer Radio of Mid-Missouri, Inc.

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1480

Beasley Media Group, LLC and Tri-State Communications, Inc.

Petitioners

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1493

National Association of Broadcasters

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

No: 24-1516

Nexstar Media Group, Inc.

Petitioner

v.

Federal Communications Commission and United States of America

Respondents

Petition for Review of an Order of the Federal Communications Commission
(FCC 23-117)
(FCC-23-117)
(FCC-23-117)
(FCC-23-117)

**ORDER**

The unopposed motions of CBS Television Network Affiliates Association, ABC Television Affiliates Association, NBC Television Affiliates, and FBC Television Affiliates Association; and of Connoisseur Media, LLC, Mid-West Management, Inc., Midwest Communications, Inc., Sun Valley Radio, Inc., Eagle Communications, Inc., and Legend Communications of Wyoming, LLC, for leave to intervene in support of petitioner are granted. The Affiliate Associations' request to be deemed intervenors in any case that is consolidated with this proceeding in the future is denied without prejudice to renewal in future applicable cases.

The unopposed motion of the Internet & Television Association for leave to intervene in support of respondent is granted.

April 02, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
/s/ Stephanie N. O'Banion