# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1380

Zimmer Radio of Mid-Missouri, Inc.

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association

Intervenor

No: 24-1480

Beasley Media Group, LLC and Tri-State Communications, Inc.

Petitioners

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association

Intervenor

No: 24-1493

National Association of Broadcasters

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association

Intervenor

No: 24-1516

Nexstar Media Group, Inc.

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association

Intervenor

---

Petition for Review of an Order of the Federal Communications Commission
(FCC 23-117)
(FCC-23-117)
(FCC-23-117)
(FCC-23-117)

---

**ORDER**

The Clerk is directed to enter a tentative briefing schedule as set forth in the parties' joint response filed on April 2, 2024. The parties are ordered to file an amended proposed briefing schedule by April 22, 2024 and a final proposed briefing schedule, if required, by May 22, 2024.

April 04, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Stephanie N. O'Banion