# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

### Tentative
### APPEAL BRIEFING SCHEDULE

| | | |
|---|---|---|
| Appeal No. | 24-1380 | Zimmer Radio of Mid-Missouri, Inc. v. FCC, et al |
| | 24-1480 | Beasley Media Group, LLC, et al v. FCC, et al |
| | 24-1493 | NAB v. FCC, et al |
| | 24-1516 | Nexstar Media Group, Inc. v. FCC, et al |

Date: April 04, 2024

This is to advise that the following briefing schedule has been established in the above case. Court personnel and counsel are expected to comply with all court rules and this schedule.

**NOTE:** These dates may be advanced or extended by court order or a party's early or late filing of a brief. Please refer to FRAP 31(a).

Appendix (3 copies) .................................................. **11/04/2024**
  **( Zimmer Radio of Mid-Missouri, Inc. )**
Appendix (3 copies) .................................................. **11/04/2024**
  **( Beasley Media Group, LLC )**
Appendix (3 copies) .................................................. **11/04/2024**
  **( Tri-State Communications, Inc. )**
Appendix (3 copies) .................................................. **11/04/2024**
  **( National Association of Broadcasters )**
Appendix (3 copies) .................................................. **11/04/2024**
  **( Nexstar Media Group, Inc. )**

Intervenor / Petitioner Brief with addendum ....................... **07/15/2024**
  **( Zimmer Radio of Mid-Missouri, Inc. )**
Intervenor / Petitioner Brief with addendum ....................... **07/15/2024**
  **( Beasley Media Group, LLC )**
Intervenor / Petitioner Brief with addendum ....................... **07/15/2024**
  **( Tri-State Communications, Inc. )**
Intervenor / Petitioner Brief with addendum ....................... **07/15/2024**
  **( National Association of Broadcasters )**
Intervenor / Petitioner Brief with addendum ....................... **07/15/2024**
  **( Nexstar Media Group, Inc. )**

Intervenor / Response Brief(s) .................................... **09/13/2024**

Intervenor / Reply Brief(s) ....................................... **10/15/2024**

Final Brief(s) .................................................... **11/18/2024**

### ALL BRIEFS AND APPENDICES SHOULD BE
### FILED WITH THE ST. LOUIS OFFICE