# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1380

Zimmer Radio of Mid-Missouri, Inc.

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association

Intervenor

No: 24-1480

Beasley Media Group, LLC and Tri-State Communications, Inc.

Petitioners

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association

Intervenor

No: 24-1493

National Association of Broadcasters

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association

Intervenor

No: 24-1516

Nexstar Media Group, Inc.

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association

Intervenor

---

Petition for Review of an Order of the Federal Communications Commission
(FCC 23-117)

---

**ORDER**

The motion of American Television Alliance for leave to intervene in support of respondents is granted.

April 10, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
  /s/ Stephanie N. O'Banion