# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| ZIMMER RADIO OF MID-MISSOURI, INC., <br><br> *Petitioner*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION, *ET AL.* <br><br> *Respondent*. | Case Nos. 24-1380, 24-1480, 24-1493, 24-1516 |

## JOINT RESPONSE TO ORDER FOR
## AMENDED PROPOSED BRIEFING SCHEDULE

Petitioner National Association of Broadcasters, on behalf of itself, all other Petitioners, Respondents Federal Communications Commission and the United States, and all Intervenors, hereby responds to the Court's April 4, 2024 order directing the parties to submit an amended joint proposed briefing schedule.

Petitioners currently anticipate filing joint opening and reply briefs. Intervenors in support of Petitioners currently anticipate filing two sets of briefs: (1) opening and reply briefs on behalf of the television affiliates associations, and (2) opening and reply briefs on behalf of radio broadcasters Connoisseur Media, Mid-West Management, Midwest Communications, Sun Valley Radio, Eagle

Communications, and Legend Communications of Wyoming. Respondents currently anticipate filing a single response brief. Intervenors in support of Respondents anticipate filing a single response brief.

The parties propose the following briefing schedule and word limits for the consolidated cases, which reflect the number of issues and parties involved in the consolidated cases.

| Opening Brief for Petitioners | 15,000 words | Monday, July 15, 2024 |
|---|---|---|
| Opening Briefs for Intervenors in Support of Petitioners | 10,000 words total (across both briefs) | Monday, July 15, 2024 |
| Brief for Respondents | 20,000 words | Friday, September 13, 2024 |
| Brief for Intervenors in Support of Respondents | 10,000 words | Friday, September 13, 2024 |
| Reply Brief for Petitioners | 7,500 words | Tuesday, October 15, 2024 |
| Reply Briefs for Intervenors in Support of Petitioners | 5,000 words total (across both briefs) | Tuesday, October 15, 2024 |
| Deferred Appendix | | Monday, November 4, 2024 |
| Final Briefs | | Monday, November 18, 2024 |

The parties are unaware of any additional petitions for review having been filed since their April 2, 2024 submission to the Court, which means that the 30-day

deadline for intervention motions has run. *See* Fed. R. App. Proc. 15(d). The parties thus agree that it is unnecessary to file a further proposed briefing schedule.

Dated: April 22, 2024

Rick Kaplan
Jerianne Timmerman
NATIONAL ASSOCIATION OF
BROADCASTERS
1 M Street, S.E.
Washington, D.C. 20003
Telephone: (202) 429-5430

Respectfully submitted,

*/s/ Helgi C. Walker*
Helgi C. Walker
  *Counsel of Record*
Andrew G.I. Kilberg
Cameron J.E. Pritchett
Hadhy Ayaz
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
Telephone: (202) 955-8500
Facsimile: (202) 467-0539

*Attorneys for Petitioner*
*National Association of Broadcasters*

# CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2024, copies of the foregoing Joint Response to Order for Amended Proposed Briefing Schedule have been served on all parties via the CM/ECF system.

*/s/ Helgi C. Walker*
Helgi C. Walker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Ave., N.W.
Washington, D.C. 20036
