# UNITED STATES COURT OF APPEALS FOR THE EIGHTH CIRCUIT
## APPEARANCE OF COUNSEL

Case Title: Zimmer Radio of Mid-Missouri, Inc vs. FCC & United States

**The Clerk will enter my appearance as Counsel in Appeal No.** 24-1380 for the following party(s): (please specify)

> NCTA - The Internet & Television Association

☐ Appellant(s) ☐ Petitioner(s) ☐ Appellee(s) ☐ Respondent(s) ☐ Amicus Curiae ☑ Intervenor(s)

**Please compare your information below with your information on PACER. Any updates or changes must be made through PACER's Manage my Account.**

Attorney Name: Arjun Ramamurti    s/: Arjun Ramamurti

Firm Name: Jenner & Block LLP

Business Address: 1099 New York Avenue NW, Suite 900

City/State/Zip: Washington, D.C. 20001

Telephone Number (Area Code): 202-639-3852

Email Address: aramamurti@jenner.com

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 05/01/24, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system.

☐ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants: