# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1380

Zimmer Radio of Mid-Missouri, Inc.

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

No: 24-1480

Beasley Media Group, LLC and Tri-State Communications, Inc.

Petitioners

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

No: 24-1493

National Association of Broadcasters

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

No: 24-1516

Nexstar Media Group, Inc.

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

---

Petition for Review of an Order of the Federal Communications Commission
(FCC 23-117)
(FCC-23-117)
(FCC-23-117)
(FCC-23-117)

---

**ORDER**

The briefing schedule set forth in the parties' joint response is hereby adopted.

Opening Brief for Petitioners, of up to 15,000 words, due July 15, 2024.

Opening Briefs for Intervenors in Support of Petitioners, of up to 10,000 words total (across both briefs) due July 15, 2024.

Brief for Respondents, of up to 20,000 words, due September 13, 2024.

Brief for Intervenors in Support of Respondents, of up to 10,000 words, due September 13, 2024.

Reply Brief for Petitioners, of up to 7,500 words, due October 15, 2024.

Reply Briefs for Intervenors in Support of Petitioners, of up to 5,000 words total (across both briefs) due October 15, 2024.

Deferred Appendix due November 4, 2024.

Final Briefs due November 18, 2024.

May 03, 2024

Order Entered at the Direction of the Court:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Stephanie N. O'Banion