# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

**TO:** James M. Carr

**cc:** Jessica Ring Amunson
Hadhy Ayaz
Jeremy Joseph Broggi
Sarah Citrin
P. Michele Ellison
Merrick B. Garland
Boyd Garriott
Ashley E. Johnson
Richard A. Kaplan
Andrew G. I. Kilberg
Jacob Matthew Lewis
Jason Neal
Robert Nicholson
David Oxenford
Cameron J.E. Pritchett
Arjun Ramamurti
Eve K. Reed
Timothy J. Simeone
Barbara A. Smith
Graham Stevenson
Eric D. Stolze
Howard J. Symons
Jennifer B. Tatel
Jerianne Timmerman
Helgi C. Walker
Robert J. Wiggers

**FROM:** Clifford R. Jackson

**DATE:** September 16, 2024

**RE:** 24-1380 Zimmer Radio of Mid-Missouri, Inc. v. FCC, et al
24-1480 Beasley Media Group, LLC, et al v. FCC, et al
24-1493 NAB v. FCC, et al
24-1516 Nexstar Media Group, Inc. v. FCC, et al

    Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiency shown below. Your brief cannot be filed until the defect is corrected. Please correct the defect within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R.

28A(d) and (g)(4). Please contact us if you have any questions.

   X    Please remove the Statutory Addendum from the brief. The addendum should be submitted separately with a cover page with the case numbers and caption.

Again, your brief cannot be filed until you correct the defect. Failure to correct may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.