# Nos. 24-1380, 1480, 1493, 1516

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

Zimmer Radio of Mid-Missouri Inc., et al.

*Petitioners*

ABC Television Affiliates Association, et al.

*Intervenors*

v.

Federal Communications Commission, et al.

*Respondents*

NCTA – The Internet & Television Association, et al.

*Intervenors*

On Petitions for Review from the
Federal Communications Commission

**COMPLIANCE CERTIFICATE FOR MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF OF COMMON CAUSE, FREE PRESS, FUTURE OF MUSIC COALITION, MUSICFIRST COALITION, NATIONAL ASSOCIATION OF BROADCAST EMPLOYEES AND TECHNICIANS—COMMUNICATIONS WORKERS OF AMERICA AND UNITED CHURCH OF CHRIST OFFICE OF COMMUNICATION, INC.**

Rachel Stilwell
**STILWELL LAW**
26565 Agoura Road
Suite 200
Calabasas, CA 20006
(818) 330-6819

*Attorney for Amici musicFIRST Coalition and Future of Music Coalition*

Cheryl A. Leanza
**BEST BEST & KRIEGER LLP**
1800 K Street NW
Suite 725
Washington, DC 20006
(202) 785-0600

*Attorney for Amici Common Cause, Free Press, NABET-CWA and United Church of Christ Office of Communication, Inc.*

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing motion complies with Fed. R. App. P. 27(d)(2) because it contains 712 words.

I also certify that the foregoing complies with the requirements of Fed. R. App. P. 32(a)(5)-(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point New Century Schoolbook.

/s/ *Cheryl A. Leanza*
Cheryl A. Leanza

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2024, I caused the foregoing certificate of compliance to be electronically filed using the CM/ECF system. I certify that counsel for the parties are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

/s/ *Cheryl A. Leanza*
Cheryl A. Leanza
