# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1380

Zimmer Radio of Mid-Missouri, Inc.

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

No: 24-1480

Beasley Media Group, LLC and Tri-State Communications, Inc.

Petitioners

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

No: 24-1493

National Association of Broadcasters

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

No: 24-1516

Nexstar Media Group, Inc.

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

---

Petition for Review of an Order of the Federal Communications Commission
(FCC 23-117)
(FCC-23-117)
(FCC-23-117)
(FCC-23-117)

---

### ORDER

The motion of Common Cause, Free Press, Future of Music Coalition, musicFIRST Coalition, National Association of Broadcast Employees and Technicians-Communications Workers of America, and United Church of Christ, Office of Communication, Inc., for leave to file an amicus brief in support of Respondents is granted.

The clerk shall review the brief submitted by the amicus party for filing.

September 24, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　　　/s/ Maureen W. Gornik