# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Maureen W. Gornik**
*Acting Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

September 24, 2024

Cheryl Ann Leanza
BEST & BEST
Suite 725
1800 K Street, N.W.
Washington, DC  20006

Rachel Stilwell
STILWELL LAW
Suite 200
26565 Agoura Road
Calabasas, CA  91302

      RE:  24-1380  Zimmer Radio of Mid-Missouri, Inc. v. FCC, et al
             24-1480  Beasley Media Group, LLC, et al v. FCC, et al
             24-1493  NAB v. FCC, et al
             24-1516  Nexstar Media Group, Inc. v. FCC, et al

Dear Counsel:

      The amicus curiae brief of Common Cause, Free Press, Future of Music Coalition, National Association of Broadcast Employees and Technicians-Communications Workers of America, United Church of Christ, Office of Communication, Inc. and musicFIRST Coalition has been filed. If you have not already done so, please complete and file an Appearance form.  You can access the Appearance Form at www.ca8.uscourts.gov/all-forms.

      Please note that Federal Rule of Appellate Procedure 29(g) provides that an amicus may only present oral argument by leave of court. If you wish to present oral argument, you need to submit a motion. Please note that if permission to present oral argument is granted, the court's usual practice is that the time granted to the amicus will be deducted from the time allotted to the party the amicus supports. You may wish to discuss this with the other attorneys before you submit your motion.

                                                              Maureen W. Gornik
                                                              Acting Clerk of Court

CRJ

Enclosure(s)

cc:     Jessica Ring Amunson

Hadhy Ayaz
Jeremy Joseph Broggi
James M. Carr
Sarah Citrin
P. Michele Ellison
Merrick B. Garland
Boyd Garriott
Ashley E. Johnson
Richard A. Kaplan
Andrew G. I. Kilberg
Jacob Matthew Lewis
Jason Neal
Robert Nicholson
David Oxenford
Cameron J.E. Pritchett
Arjun Ramamurti
Eve K. Reed
Timothy J. Simeone
Barbara A. Smith
Graham Stevenson
Eric D. Stolze
Howard J. Symons
Jennifer B. Tatel
Jerianne Timmerman
Helgi C. Walker
Robert J. Wiggers

District Court/Agency Case Number(s): FCC 23-117
FCC-23-117
FCC-23-117
FCC-23-117