Jessica Ring Amunson
Tel +1 202 639 6023
JAmunson@jenner.com

November 4, 2024

Maureen W. Gornik
Acting Clerk of Court
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 South 10th Street
St. Louis, MO 63102

Re: Availability for Oral Argument in *Zimmer Radio of Mid-Missouri, Inc., et al. v. FCC, et al.*, Case No. 24-1380

Dear Ms. Gornik:

Pursuant to the Court's notification of October 30, 2024 that this case has been screened for oral argument, counsel for intervenors in support of respondents NCTA—The Internet & Television Association and the American Television Alliance reviewed the Published Argument Calendars and Future Court Session Dates and wishes to advise the Court of conflicts with the December 19 and 20 dates due to pre-existing travel plans for counsel planning to present argument on behalf of intervenors.

Thank you.

Sincerely,

Jessica Ring Amunson

cc: Counsel of Record (via ECF)