# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1380

Zimmer Radio of Mid-Missouri, Inc.

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

------------------------------

Common Cause, et al.

Amici on Behalf of Respondent

No: 24-1480

Beasley Media Group, LLC and Tri-State Communications, Inc.

Petitioners

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

------------------------------

Common Cause, et al.

Amici on Behalf of Respondent

No: 24-1493

National Association of Broadcasters

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

------------------------------

Common Cause, et al.

Amici on Behalf of Respondent

No: 24-1516

Nexstar Media Group, Inc.

Petitioner

ABC Television Affiliates Association, et al.

Intervenors

v.

Federal Communications Commission and United States of America

Respondents

NCTA-The Internet & Television Association and American Television Alliance

Intervenors

------------------------------

Common Cause, et al.

Amici on Behalf of Respondent

---

Petition for Review of an Order of the Federal Communications Commission
(FCC 23-117)
(FCC-23-117)
(FCC-23-117)
(FCC-23-117)

---

**MANDATE**

In accordance with the opinion and judgment of July 23, 2025, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 23, 2025

Clerk, U.S. Court of Appeals, Eighth Circuit